adidas
JOE
0011SEV22 01/07/2022 LPV FDIN: 2022535883
NAME: Simon Eleodoro Arcentales Castro
POB: Ecuador
DOB: 03/25/1988
CEDULA/ID INFO: 1312048760

